AO 245D (Rev. 11/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |

| ANPAO MANI PETITE-SANCHEZ | Case Number: | CR 99-4041-2-MWB |
| --- | --- | --- |
| | USM Number: | 01976-029 |

Douglas Roehrich
Defendant's Attorney

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s)  **1, 2 a-b, 3, 4 a-c, 5, 6, and 7**  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Use of Alcohol | February 2009 |
| 2 a-b | Failure to Comply with Drug Testing | June 17, 2010 |
| 3 | Failure to Permit USPO to Visit Residence | July 29, 2010 |
| 4 a-c | Association with Known Felon | January 19, 2011 |
| 5 | Failure to Comply with Location Monitoring | December 5, 2010 |
| 6 | New Law Violation | January 19, 2011 |
| 7 | Use of Illegal Drugs | January 19, 2011 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 1, 2011
Date of Imposition of Judgment

*/s/ Mark W. Bennett*
Signature of Judge

Mark W. Bennett, U.S. District Judge
Name and Title of Judge

9.6.11
Date

DEFENDANT: **ANPAO MANI PETITE-SANCHEZ**
CASE NUMBER: **CR 99-4041-2-MWB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **30 months, to run consecutive to any sentence imposed in the Northern District of Iowa Docket No. CR 11-4009-1-MWB**.

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ a _____  ☐ a.m.  ☐ p.m.  on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:     **ANPAO MANI PETITE-SANCHEZ**
CASE NUMBER:   **CR 99-4041-2-MWB**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :   **No supervised release shall be reimposed**.